AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KAYLA SOPER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-324

CHIPOTLE MEXICAN GRILL OF COLORADO, LLC,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Oral Order entered on August 30, 2022, the Defendant's Motion for Summary Judgment is granted and Judgment is entered in favor of Defendant. This case stands closed.

Approved by: _(signature)_

| August 31, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |

GAS Rev 10/2020